"UNDER SEAL"

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED IN COURT CHARLOTTE, N.C. MAR 29 2006 U.S. DISTRICT COURT W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06cr55-C |
| | ) | |
| v. | ) | **ORDER SEALING** |
| | ) | **INDICTMENT** |
| JOHN NGUYEN, et al. | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, 851 Notice, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 29th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE